FILED

AUG 12 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)  No. __2:25-CR-84__
v. )
)  JUDGES __CORKER/WYRICK__
GEORGE HERMAN RUTH )

## INDICTMENT

The Grand Jury charges the following:

### COUNTS ONE TO TWENTY-FIVE
### (Mail Fraud, 18 U.S.C. § 1341)

### I.   INTRODUCTION AND BACKGROUND

1.     At all relevant times, defendant, GEORGE HERMAN RUTH, was a resident of
Morristown in Hamblen County, Tennessee.

2.     GEORGE HERMAN RUTH has previously been convicted of felony offenses,
that is, crimes punishable by imprisonment for a term exceeding one year.  On or about July 22,
2020, GEORGE HERMAN RUTH was sentenced for two of those felony offenses in the case of
*United States v. George Ruth*, No. 1:18-CR-9, in the United States District Court for the
Southern District of Indiana (these felony offenses are collectively referred to as "the 2020
felonies").  As part of his sentence, GEORGE HERMAN RUTH was committed to the custody
of the Bureau of Prisons for a term of imprisonment to be followed by a term of supervised
release.

3.     Beginning on or about October 6, 2023, GEORGE HERMAN RUTH began
serving a term of supervised release for the 2020 felonies, and this supervised release continued
until on or about July 10, 2025.

4.     As a condition of his supervised release, GEORGE HERMAN RUTH was required to submit monthly supervision reports ("the monthly reports") to a supervising probation officer.  Among other questions, the monthly reports asked whether GEORGE HERMAN RUTH had access to a post office box and whether GEORGE HERMAN RUTH had travelled outside the Eastern District of Tennessee without permission.

### *General Overview of the Scheme*

6.     By no later than in or about January 2023, GEORGE HERMAN RUTH devised and implemented an elaborate, nationwide scheme to submit hundreds of fraudulent claim forms to multiple class action administrators.  When doing so, GEORGE HERMAN RUTH fraudulently used the names of hundreds of deceased or retired professional baseball players and the Social Security numbers of numerous unwitting victims.

7.     To implement the scheme, GEORGE HERMAN RUTH, personally, or through using sham businesses, opened multiple post office boxes around the Eastern District of Tennessee.  GEORGE HERMAN RUTH then used the post office box addresses as the address of those who he was impersonating when submitting fraudulent claim forms.

8.     The fraudulent claims GEORGE HERMAN RUTH submitted often generated substantial payments from class action administrators that took the form of standard checks or electronic fund transfers.  GEORGE HERMAN RUTH then deposited the fraud proceeds into accounts that he controlled at financial institutions.  Once deposited, GEORGE HERMAN RUTH used the fraud proceeds for his own personal use and benefit.

### *El Mundo Marketing LLC and Class Action Solutions LLC*

9.     The primary business GEORGE HERMAN RUTH used was El Mundo Marketing LLC ("El Mundo"), a Tennessee limited liability company.  On or about January 17,

2

2023, GEORGE HERMAN RUTH formed or caused the formation of El Mundo. El Mundo was a sham business with no legitimate revenue and no regular business expenses. GEORGE HERMAN RUTH used El Mundo to launder fraud proceeds he obtained through the scheme.

10. GEORGE HERMAN RUTH also used the name "Class Action Solutions LLC," a fictitious name, when executing his scheme.

11. On or about January 19. 2023, GEORGE HERMAN RUTH opened a simple business checking account at Truist Bank with an account number ending in 7135 in the name of El Mundo ("the El Mundo account"). GEORGE HERMAN RUTH was the sole, designated representative for the account. Using a deposit stamp, GEORGE HERMAN RUTH would deposit checks he received from class action administrators into the El Mundo account.

### Post Office Boxes Used

11. To perpetrate the scheme, GEORGE HERMAN RUTH, on or about the dates listed in the table below, opened post office boxes at the listed locations around the Eastern District of Tennessee:

| DATE OPENED | POST OFFICE BOX ADDRESS | NAME USED WHEN OPENING |
|---|---|---|
| July 11, 2023 | Post Office Box 123, New Market, TN 37820 | George Ruth |
| July 20, 2023 | Post Office Box 235, Strawberry Plains, TN 37871 | George Ruth |
| July 21, 2023 | Post Office Box 2152, Morristown, TN 37814 | George Ruth |
| July 21, 2023 | Post Office Box 3256, Morristown, TN 37813 | George Ruth |
| July 28, 2023 | Post Office Box 95, Jefferson City, TN 37760 | El Mundo Marketing LLC |

3

| July 28, 2023 | Post Office Box 462, New Market, TN 37820 | El Mundo Marketing LLC |
|---|---|---|
| August 3, 2023 | Post Office Box 137, Strawberry Plains, TN 37871 | El Mundo Marketing LLC |
| August 11, 2023 | Post Office Box 2141, Morristown, TN 37814 | Class Action Solutions LLC |
| August 25, 2023 | Post Office Box 101, Morristown, TN 37813 | Class Action Solutions LLC |
| June 10, 2024 | Post Office Box 94, Rutledge, TN 37851 | Class Action Solutions LLC |
| July 8, 2024 | Post Office Box 36, Dandridge, TN 37725 | Class Action Solutions, LLC |
| July 9, 2024 | Post Office Box 11, Talbott, TN 37877 | Class Action Solutions LLC |
| February 24, 2025 | Post Office Box 661, Jefferson City, TN 37760 | Class Action Solutions LLC |

### *Class Actions Generally*

12.     A "class action" is a type of lawsuit in which one or more plaintiffs represent a group of individuals (the "class") who have suffered similar harms from one or more defendants' actions.  A class action allows many people with relatively small individual claims to pursue a lawsuit collectively.

13.     Class action parties often resolve these lawsuits by reaching a negotiated settlement under which one or more defendants agree to pay a negotiated settlement amount for the release of all claims from the class members.  Following court approval of the settlement and payment of the settlement amount, eligible class members typically receive a *pro rata* share of the settlement amount after the payment of fees and administration costs.

4

14.     To pay claims, most class actions employ a "class action administrator" to implement the settlement. Among other things, class action administrators notify potential class members of the case, provide claim forms for completion and submission, provide general telephone and email support to answer routine questions, collect and evaluate submitted claim forms, request further information when necessary, determine class eligibility, and, ultimately, dispense payments to eligible class members (usually through check or electronic funds transfer).

15.     Companies 1, 2, 3, and 4 (whose identities are known to the Grand Jury) routinely serve as class action administrators for class actions around the country.

### Targeted Class Actions

16.     As part of his scheme, GEORGE HERMAN RUTH targeted multiple class actions nationwide, to include the following class action lawsuits:

a.      *Eagle, et al. v Vee Pak, Inc., et al.*, Case No. 12-cv-09672 (N.D. Ill.) (the "Vee Pak Class Action"), with Company 1 serving as the class action administrator.

b.      *Head v. Citigroup Inc.*, Case No. 3:18-cv-08189 (D. Ariz.) (the "Citigroup Class Action"), with Company 2 serving as the class action administrator.

c.      *Williams v. PillPack LLC*, Case No. 3:19-cv-05282-DGE (W.D. Wash.) (the "PillPack Class Action"), with Company 3 serving as the class action administrator.

d.      *Cornelius v. Deere Credit Services, Inc.*, No. 4:24-cv-25-RSB-CLR (S.D. Ga.) (the "Deere Credit Class Action"), with Company 2 serving as the class action administrator.

e.      *In re Disposable Contact Lens Antitrust Lit.*, Case No. 3:15-md-2626 (M.D. Fla.) (the "Disposable Contact Lens Class Action"), with Company 3 serving as the class action administrator.

f.    *Solis et al v. Hilco Redevelopment LLC et al*, Case No. 20-cv-02348 (N.D.

Ill.) (the "Hilco Class Action"), with Company 4 serving as the class action administrator.

### Means of Identification Used

17.    As part of his scheme, GEORGE HERMAN RUTH used the means of

identification, that is, the names, of hundreds of dead or retired professional baseball players

without lawful authority, including the names of Players 1 to 25.  Players 1 to 25 are real persons

whose identities are known to the Grand Jury.  Each player is more fully described in the table

below:

| Player No. | Deceased or Retired | Teams and Positions Played |
|---|---|---|
| 1 | Retired | Played pitcher for the St. Louis Cardinals and San Diego Padres |
| 2 | Deceased | Played catcher for the Chicago White Sox, Washington Senators, and Minnesota Twins |
| 3 | Deceased | Played second base and third base for the Philadelphia Athletics and the St. Louis Brown Stockings |
| 4 | Retired | Played outfield for the St. Louis Cardinals and the Oakland Athletics |
| 5 | Retired | Played pitcher for the Oakland Athletics |
| 6 | Deceased | Played pitcher for the Pittsburgh Pirates, Chicago Cubs, and St. Louis Browns |
| 7 | Deceased | Played second base and third base for the Los Angeles Dodgers and Cleveland Indians |
| 8 | Deceased | Played first base for the St. Louis Browns and Washington Senators |
| 9 | Deceased | Played outfield for the Boston Americans, Kansas City Packers, and Boston Braves |

6

| 10 | Deceased | Played first base for the Boston Braves |
|----|----------|------------------------------------------|
| 11 | Retired | Played pitcher for the Chicago White Sox |
| 12 | Retired | Played first base for the Toronto Bluejays, Florida Marlins, and New York Mets |
| 13 | Deceased | Played outfield for the Baltimore Orioles |
| 14 | Deceased | Played shortstop and third base for the Chicago Colts, Brooklyn Superbas, New York Giants, and Boston Doves |
| 15 | Deceased | Played catcher, first base, and outfielder for the Chicago White Stockings and St. Louis Browns |
| 16 | Retired | Played pitcher for the San Diego Padres, Detroit Tigers, Los Angeles Dodgers, and Kansas City Royals |
| 17 | Retired | Played first base and outfield for the California Angels, Cleveland Indians, Seattle Mariners, and Oakland Athletics |
| 18 | Retired | Played outfield and second base for the Los Angeles Dodgers, Detroit Tigers, Seattle Mariners, Oakland Athletics, and San Diego Padres |
| 19 | Retired | Played shortstop for the San Francisco Giants and the Philadelphia Phillies |
| 20 | Retired | Played catcher for the Houston Astros, New York Mets, and San Diego Padres |
| 21 | Deceased | Played catcher for the New York Yankees and St. Louis Browns |
| 22 | Retired | Played third base for the Los Angeles Dogers, Seattle Mariners, Boston Red Sox, and Texas Rangers |
| 23 | Deceased | Played pitcher for the Cleveland Indians, Philadelphia Phillies, Brooklyn Dodgers, Boston Bees, and Cincinnati Reds |
| 24 | Retired | Played first, second, and third for the Oakland Athletics, Chicago Cubs, Colorado Rockies, Boston |

7

| | | Red Sox, New York Yankees, San Diego Padres, and Cincinnati Reds |
|---|---|---|
| 25 | Retired | Played outfield for the San Francisco Giants |

18. As part of the scheme, GEORGE HERMAN RUTH used the means of identification, that is, the Social Security numbers, of Persons 1 to 5 without lawful authority. Persons 1 to 5 are real persons whose true identities are known to the Grand Jury. Each is more fully described in the table below:

| Person | Description |
|---|---|
| 1 | A real person whose Social Security number ends in 1921 |
| 2 | A real person whose Social Security number ends in 0019 |
| 3 | A real person whose Social Security number ends in 1634 |
| 4 | A real person whose Social Security number ends in 4221 |
| 5 | A real person whose Social Security number ends in 2282 |

19. Through his scheme, GEORGE HERMAN RUTH obtained and attempted to obtain more than $550,000.

**II.    MANNER AND MEANS**

20. As part of his scheme, GEORGE HERMAN RUTH opened El Mundo as a Tennessee limited liability company and created a business bank account in the name of El Mundo for the deposit of fraud proceeds.

21. As part of his scheme, GEORGE HERMAN RUTH opened multiple post office boxes at locations throughout the Eastern District of Tennessee, to include United States post offices and a private business, The UPS Store.

8

22.     As part of his scheme, GEORGE HERMAN RUTH would locate class actions and obtain claim forms from class action administrators. Once obtained, GEORGE HERMAN RUTH would create fraudulent claim forms by using the names of other people (to include the names of dead or retired professional baseball players) without lawful authority or using variants of his own name, using Social Security numbers that were not assigned to him, and falsely certifying eligibility for class membership.

23.     As part of his scheme, GEORGE HERMAN RUTH would list addresses on the fraudulent claim forms that were addresses he controlled, such as the post office boxes he opened around the Eastern District of Tennessee.

24.     As part of his scheme, GEORGE HERMAN RUTH would use the mails to submit materially false and fraudulent claim forms he had created to class action administrators.

25.     As part of his scheme, GEORGE HERMAN RUTH would create and submit fraudulent documents, such as phony W-2 forms with other person's Social Security numbers, to fraudulently offer proof of eligibility for class membership.

26.     As part of his scheme, GEORGE HERMAN RUTH would impersonate other people when communicating with class action administrators.

27.     As part of his scheme, GEORGE HERMAN RUTH would obtain fraud proceeds from class action administrators in the form of checks and electronic funds transfers. GEORGE HERMAN RUTH would deposit or cause the deposit of fraud proceeds into the El Mundo account and other financial institution accounts that he controlled.

28.     As part of his scheme, GEORGE HERMAN RUTH would use the fraud proceeds he obtained to pay for personal expenses and trips, such as a trip to Las Vegas and to casinos in Virginia, North Carolina, and elsewhere.

9

29. As part of his scheme, GEORGE HERMAN RUTH would take steps to hide and conceal his activities, to include using sham businesses, the names and Social Security numbers of other people, false addresses, and by making materially false statements to his supervising probation officer, to include false statements about his access to post office boxes, the amounts of money he had received, and whether he had travelled out of the Eastern District of Tennessee.

## III.   CHARGE

30. On or about the dates set forth in the table below, within the Eastern District of Tennessee and elsewhere, the defendant, GEORGE HERMAN RUTH, having devised and intending to devise a scheme and artifice to defraud class action administrators and others and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, caused to be sent and delivered by the Postal Service and any private carrier and commercial carrier the matter and thing described in the table below, each mailing constituting a separate count:

| Count | Date of Mailing | Player Impersonated | Item Mailed | Class Action and Administrator | P.O. Box Used |
|-------|-----------------|---------------------|-------------|-------------------------------|---------------|
| 1 | July 29, 2024 | Player 1 | Correspondence | Vee Pak Class Action (Company 1) | P.O. Box 123, New Market, TN 37820 |
| 2 | Between June 21, 2024, and June 27, 2024 | Player 2 | Check number 16602 in the amount of $756.84 | Vee Pak Class Action (Company 1) | P.O. Box 101, Morristown, TN 37813 |
| 3 | Between June 21, 2024, and June 27, 2024 | Player 3 | Check number 16611 in the amount of $756.84 | Vee Pak Class Action (Company 1) | P.O. Box 3256, Morristown, TN 37813 |

10

| 4 | Between June 21, 2024, and June 27, 2024 | Player 4 | Check number 16648 in the amount of $756.84 | Vee Pak Class Action (Company 1) | P.O. Box 2141, Morristown, TN 37814 |
|---|---|---|---|---|---|
| 5 | Between June 21, 2024, and June 27, 2024 | Player 5 | Check number 16678 in the amount of $756.84 | Vee Pak Class Action (Company 1) | P.O. Box 2152, Morristown, TN 37814 |
| 6 | Between June 21, 2024, and June 27, 2024 | Player 6 | Check number 16742 in the amount of $756.84 | Vee Pak Class Action (Company 1) | P.O. Box 661, Jefferson City, TN 37760 |
| 7 | July 29, 2024 | Player 7 | Correspondence | Vee Pak Class Action (Company 1) | P.O. Box 462, New Market, TN 37820 |
| 8 | November 13, 2024 | Player 8 | Settlement Claim Form | Citigroup Class Action (Company 2) | P.O. Box 123, New Market, TN 37820 |
| 9 | November 13, 2024 | Player 9 | Settlement Claim Form | Citigroup Class Action (Company 2) | P.O. Box 101, Morristown, TN 37813 |
| 10 | December 13, 2024 | Player 10 | Settlement Claim Form | Citigroup Class Action (Company 2) | 2348 W. Andrew Johnson Hwy, Box 289, Morristown, TN 37814 |
| 11 | January 6, 2025 | Player 11 | Claim Form | PillPack Class Action (Company 3) | P.O. Box 3256, Morristown, TN 37813 |
| 12 | January 6, 2025 | Player 12 | Claim Form | PillPack Class Action (Company 3) | P.O. Box 36, Dandridge, TN 37725 |

| 13 | January 6, 2025 | Player 13 | Claim Form | PillPack Class Action (Company 3) | P.O. Box 235, Strawberry Plains, TN 37871 |
|---|---|---|---|---|---|
| 14 | January 6, 2025 | Player 14 | Claim Form | PillPack Class Action (Company 3) | P.O. Box 11, Talbott, TN 37877 |
| 15 | January 6, 2025 | Player 15 | Claim Form | PillPack Class Action (Company 3) | P.O. Box 123, New Market, TN 37820 |
| 16 | Between January 4, 2025, and January 11, 2025 | Player 16 | Claim Form | Deere Credit Class Action (Company 2) | P.O. Box 2152, Morristown, TN 37816 |
| 17 | Between January 3, 2025, and January 11, 2025 | Player 17 | Claim Form | Deere Credit Class Action (Company 2) | P.O. Box 2141, Morristown, TN 37816 |
| 18 | Between January 1, 2025, and January 11, 2025 | Player 18 | Claim Form | Deere Credit Class Action (Company 2) | P.O. Box 101, Morristown TN 37815 |
| 19 | Between January 8, 2025, and January 11, 2025 | Player 19 | Claim Form | Deere Credit Class Action (Company 2) | P.O. Box 94, Rutledge, TN 37861 |
| 20 | Between January 5, 2025, and January 11, 2025 | Player 20 | Claim Form | Deere Credit Class Action (Company 2) | P.O. Box 11, Talbott TN 37877 |

| 21 | Between June 23, 2025, and July 14, 2025 | Player 21 | Check 75395074 in the amount of $164.91 | Hilco Class Action (Company 4) | P.O. Box 2152, Morristown, TN 37816 |
|---|---|---|---|---|---|
| 22 | Between June 23, 2025, and July 14, 2025 | Player 22 | Check 75395057 in the amount of $164.91 | Hilco Class Action (Company 4) | P.O. Box 3256, Morristown, TN 37815 |
| 23 | Between June 23, 2025, and July 14, 2025 | Player 23 | Check 75395073 in the amount of $164.91 | Hilco Class Action (Company 4) | P.O. Box 2141, Morristown, TN 37815 |
| 24 | Between June 23, 2025, and July 14, 2025 | Player 24 | Check 75395049 in the amount of $164.91 | Hilco Class Action (Company 4) | P.O. Box 2152, Morristown, TN 37816 |
| 25 | Between June 23, 2025, and July 14, 2025 | Player 25 | Check 75395060 in the amount of $164.91 | Hilco Class Action (Company 4) | P.O. Box 2141, Morristown, TN 37816 |

[18 U.S.C. § 1341]

## COUNTS TWENTY-SIX TO THIRTY
**(False Use of a Social Security Number, 42 U.S.C. § 408(a)(7)(B))**

31.     The Grand Jury realleges the allegations set forth in Counts One to Twenty-Five, Sections I and II, above, as if fully set forth herein verbatim herein verbatim.

32.     The Grand Jury further charges that on or about the dates set forth in the table below as to each count, within the Eastern District of Tennessee and elsewhere, defendant, GEORGE HERMAN RUTH, for the purpose of obtaining something of value, that is money

13

from a class action administrator, and for any other purposes, willfully, knowingly, and with the intent to deceive, falsely represented the number set forth in the table below as to each count to be the Social Security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number was not the Social Security account number assigned by the Commissioner of Social Security to him or to such other person, each listed number constituting a separate count:

| Count | Date | Social Security Number | Description |
|-------|------|------------------------|-------------|
| 26 | March 4, 2024 | The Social Security number ending in 1921 that belongs to Person 1 | Claim and Release Form provided by "George Ruth" |
| 27 | March 11, 2024 | The Social Security number ending in 0019 that belongs to Person 2 | Claim and Release Form provided by "George Ruth" |
| 28 | April 30, 2024 | The Social Security number ending in 1634 that belongs to Person 3 | Fake 2013 Form W-2 issued to "Ruth E. Geeorge" |
| 29 | May 7, 2024 | The Social Security number ending in 4221 that belongs to Person 4 | Fake 2014 Form W-2 issued to "George C. Ruth" |
| 30 | April 30, 2024 | The Social Security number ending in 2282 that belongs to Person 5 | Fake 2012 Form W-2 issued to "Ruth A. Gorge" |

[42 U.S.C. § 408(a)(7)(B)]

<u>**COUNTS THIRTY-ONE TO SIXTY**</u>
**(Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1))**

33.     The Grand Jury realleges the allegations set forth in Counts One to Twenty-Five, Sections I and II, above, as if fully set forth herein verbatim.

14

34. The Grand Jury further charges that on or about the dates listed in the table below, in the Eastern District of Tennessee, and elsewhere, the defendant, GEORGE HERMAN RUTH, during and in relation to the felony violations set forth in the table below, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in the table below:

| COUNT | DATE | FELONY VIOLATION | MEANS OF IDENTIFICATION |
|---|---|---|---|
| 31 | July 29, 2024 | Mail fraud as alleged in Count 1, above | The name of Player 1, a real person |
| 32 | Between June 21, 2024, and June 27, 2024 | Mail fraud as alleged in Count 2, above | The name of Player 2, a real person |
| 33 | Between June 21, 2024, and June 27, 2024 | Mail fraud as alleged in Count 3, above | The name of Player 3, a real person |
| 34 | Between June 21, 2024, and June 27, 2024 | Mail fraud as alleged in Count 4, above | The name of Player 4, a real person |
| 35 | Between June 21, 2024, and June 27, 2024 | Mail fraud as alleged in Count 5, above | The name of Player 5, a real person |
| 36 | Between June 21, 2024, and June 27, 2024 | Mail fraud as alleged in Count 6, above | The name of Player 6, a real person |
| 37 | July 29, 2024 | Mail fraud as alleged in Count 7, above | The name of Player 7, a real person |
| 38 | November 13, 2024 | Mail fraud as alleged in Count 8, above | The name of Player 8, a real person |
| 39 | November 13, 2024 | Mail fraud as alleged in Count 9, above | The name of Player 9, a real person |

15

| 40 | December 13, 2024 | Mail fraud as alleged in Count 10, above | The name of Player 10, a real person |
|---|---|---|---|
| 41 | January 6, 2025 | Mail fraud as alleged in Count 11, above | The name of Player 11, a real person |
| 42 | January 6, 2025 | Mail fraud as alleged in Count 12, above | The name of Player 12, a real person |
| 43 | January 6, 2025 | Mail fraud as alleged in Count 13, above | The name of Player 13, a real person |
| 44 | January 6, 2025 | Mail fraud as alleged in Count 14, above | The name of Player 14, a real person |
| 45 | January 6, 2025 | Mail fraud as alleged in Count 15, above | The name of Player 15, a real person |
| 46 | Between January 4, 2025, and January 11, 2025 | Mail fraud as alleged in Count 16, above | The name of Player 16, a real person |
| 47 | Between January 3, 2025, and January 11, 2025 | Mail fraud as alleged in Count 17, above | The name of Player 17, a real person |
| 48 | Between January 1, 2025, and January 11, 2025 | Mail fraud as alleged in Count 18, above | The name of Player 18, a real person |
| 49 | Between January 8, 2025, and January 11, 2025 | Mail fraud as alleged in Count 19, above | The name of Player 19, a real person |
| 50 | Between January 5, 2025, and January 11, 2025 | Mail fraud as alleged in Count 20, above | The name of Player 20, a real person |
| 51 | Between June 23, 2025, and July 14, 2025 | Mail fraud as alleged in Count 21, above | The name of Player 21, a real person |
| 52 | Between June 23, 2025, and July 14, 2025 | Mail fraud as alleged in Count 22, above | The name of Player 22, a real person |

16

| 53 | Between June 23, 2025, and July 14, 2025 | Mail fraud as alleged in Count 23, above | The name of Player 23, a real person |
|---|---|---|---|
| 54 | Between June 23, 2025, and July 14, 2025 | Mail fraud as alleged in Count 24, above | The name of Player 24, a real person |
| 55 | Between June 23, 2025, and July 14, 2025 | Mail fraud as alleged in Count 25, above | The name of Player 25, a real person |
| 56 | March 4, 2024 | False use of a Social Security number as alleged in Count 26, above | The Social Security number ending in 1921 that belongs to Person 1, a real person |
| 57 | March 11, 2024 | False use of a Social Security number as alleged in Count 27, above | The Social Security number ending in 0019 that belongs to Person 2, a real person |
| 58 | April 30, 2024 | False use of a Social Security number as alleged in Count 28, above | The Social Security number ending in 1634 that belongs to Person 3, a real person |
| 59 | May 7, 2024 | False use of a Social Security number as alleged in Count 29, above | The Social Security number ending in 4221 that belongs to Person 4, a real person |
| 60 | April 30, 2024 | False use of a Social Security number as alleged in Count 30, above | The Social Security number ending in 2282 that belongs to Person 5, a real person |

[18 U.S.C. §§ 1028A(a)(1)]

## COUNTS SIXTY-ONE TO SIXTY-FIVE
### (Promotional Money Laundering, 18 U.S.C. § 1956(a)(1)(A)(i))

35.     The Grand Jury realleges the allegations set forth in Counts One to Twenty-Five,

Sections I and II, above, as if fully set forth herein verbatim.

17

36.     On or about the dates set forth in the table below, each date representing a separate count, in the Eastern District of Tennessee and elsewhere, the defendant, GEORGE HERMAN RUTH, did knowingly conduct and attempt to conduct a financial transaction as described in the table below affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, mail fraud in violation of 18 U.S.C. § 1341 and wire fraud in violation of 18 U.S.C. § 1343, with the intent to promote the carrying on of specified unlawful activity, that is, mail fraud in violation of 18 U.S.C. § 1341 and wire fraud in violation of 18 U.S.C. § 1343, and while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity:

| Count | DATE | FINANCIAL TRANSACTION |
|-------|------|----------------------|
| 61 | Between December 18, 2024, and December 19, 2024 | Debit card purchase using the El Mundo Truist Bank account in the amount of $75.00 paid to the United States Postal Service |
| 62 | Between January 3, 2025, and January 6, 2025 | Debit card purchase using the El Mundo Truist Bank account in the amount of $102.00 paid to The UPS Store |
| 63 | Between January 6, 2025, and January 7, 2025 | Debit card purchase using the El Mundo Truist Bank account in the amount of $100.00 paid to the United States Postal Service |
| 64 | Between January 10, 2025, and January 13, 2025 | Debit card purchase using the El Mundo Truist Bank account in the amount of $182.00 paid to the United States Postal Service |

18

| 65 | Between January 10, 2025, and January 13, 2025 | Debit card purchase using the El Mundo Truist Bank account in the amount of $102.00 paid to the United States Postal Service |
|---|---|---|

[18 U.S.C. § 1956(a)(1)(A)(i)]

## COUNTS SIXTY-SIX TO NINETY
### (False Statement, 18 U.S.C. § 1001(a)(2))

37.     The Grand Jury realleges the allegations set forth in Counts One to Twenty-Five, Sections I and II, above, as if fully set forth herein verbatim.

38.     The Grand Jury further charges that on or about the dates set forth in the table below, each date constituting a separate count, in the Eastern District of Tennessee and elsewhere, the defendant, GEORGE HERMAN RUTH, did willfully and knowingly make the materially false, fictitious, and fraudulent statement and representation to his supervising probation officer on his applicable monthly supervision report described in the table below in a matter within the jurisdiction of the Judicial branch of the Government of the United States, that is by making the false, fictitious, and fraudulent statement to his assigned supervising probation officer in his applicable monthly supervision report, as more fully described in the table below:

| Count | DATE | FALSE STATEMENT |
|---|---|---|
| 66 | Between November 3, 2023, and November 22, 2023 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of October 2023 |
| 67 | Between December 5, 2023, and December 28, 2023 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of November 2023 |

19

| 68 | Between January 2, 2024, and January 8, 2024 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of December 2023 |
|---|---|---|
| 69 | Between February 1, 2024, and March 4, 2024 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of January 2024 |
| 70 | Between March 1, 2024, and April 1, 2024 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of February 2024 |
| 71 | Between April 1, 2024, and April 4, 2024 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of March 2024 |
| 72 | Between May 1, 2024, and May 7, 2024 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of April 2024 |
| 73 | Between June 1, 2024, and June 20, 2024 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of May 2024 |
| 74 | Between June 1, 2024, and June 20, 2024 | That GEORGE HERMAN RUTH did not travel outside the District of East Tennessee without permission during the month of May 2024 |
| 75 | Between July 1, 2024, and July 24, 2024 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of June 2024 |
| 76 | Between August 1, 2024, and October 15, 2024 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of July 2024 |

20

| 77 | Between August 1, 2024, and October 15, 2024 | That GEORGE HERMAN RUTH did not travel outside the District of East Tennessee without permission during the month of July 2024 |
|---|---|---|
| 78 | Between September 4, 2024, and June 26, 2025 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of August 2024 |
| 79 | Between September 4, 2024, and June 26, 2025 | That GEORGE HERMAN RUTH did not travel outside the District of East Tennessee without permission during the month of August 2024 |
| 80 | Between October 1, 2024, and October 21, 2024 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of September 2024 |
| 81 | Between October 1, 2024, and October 21, 2024 | That GEORGE HERMAN RUTH did not travel outside the District of East Tennessee without permission during the month of September 2024 |
| 82 | Between October 31, 2024, and December 9, 2024 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of October 2024 |
| 83 | Between January 1, 2025, and January 22, 2025 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of December 2024 |

| 84 | Between February 1, 2025, and March 9, 2025 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of January 2025 |
|---|---|---|
| 85 | Between March 2, 2025, and March 7, 2025 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of February 2025 |
| 86 | Between April 1, 2025, and April 10, 2025 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of March 2025 |
| 87 | Between April 1, 2025, and April 10, 2025 | That GEORGE HERMAN RUTH did not travel outside the District of East Tennessee without permission during the month of March 2025 |
| 88 | Between May 1, 2025, and May 15, 2025 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of April 2025 |
| 89 | Between May 1, 2025, and May 15, 2025 | That GEORGE HERMAN RUTH did not travel outside the District of East Tennessee without permission during the month of April 2025 |
| 90 | Between June 1, 2025, and June 10, 2025 | That GEORGE HERMAN RUTH did not rent or have access to a post office box during the month of May 2025 |

[18 U.S.C. § 1001(a)(2)]

## COUNT NINETY-ONE
**(Possession of a Firearm and Ammunition by a Convicted Felon, 18 U.S.C. § 922(g)(1))**

39.　　The Grand Jury further charges that from on or about March 24, 2025, to on or about July 24, 2025, within the Eastern District of Tennessee, the defendant, GEORGE HERMAN RUTH, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, namely, 1) a Remington, Model 710, 30-06 bolt action rifle with serial number 71072489; and 2) a Marlin 60, .22 caliber semi-automatic rifle with serial number 14508694, and ammunition that had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Sections 1341, as set forth in Counts One through Twenty-Five this Indictment, the defendant, GEORGE HERMAN RUTH, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.　Upon conviction of an offenses in violation of Title 18, United States Code, Section 1956, as set forth in Counts Sixty-One through Sixty-Five, of this Indictment, the defendant, GEORGE HERMAN

23

RUTH, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count Ninety-One of this Indictment, the defendant GEORGE HERMAN RUTH, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

FIREARMS:

    a.  Remington, Model 710, 30-06 bolt action rifle;

    b.  Marlin 60, .22 caliber semi-automatic rifle; and

    c.  All associated ammunition.

MONEY JUDGMENT:

A money judgment against defendant GEORGE HERMAN RUTH, for an amount representing the amount of proceeds that defendant personally obtained as a result of the violation of Title 18, United State Code, Sections 1341 and/or 1956.

If any of the properties described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

24

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By:

Mac D. Heavener, III
Assistant United States Attorney