UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:25-CR-84 |
| vs. ) | |
| GEORGE HERMAN RUTH, ) | |
| Defendants. ) | |

## ORDER

An initial appearance on the Indictment [Doc. 1] returned in this cause shall be held before the undersigned on **Thursday, August 21, 2025, at 11:15 a.m.** Defendant's presence is **REQUIRED**.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge