UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **2:25-CR-84** |
| | ) | |
| GEORGE HERMAN RUTH, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

During an appearance in this Court on August 21, 2025, Defendant requested court-appointed counsel, for which the Court determined he is financially qualified. As such, Federal Defender Services of East Tennessee is appointed to represent Defendant in all further proceedings in this action.[1]

**SO ORDERED:**

/s/Cynthia Richardson Wyrick
United States Magistrate Judge

---

[1] Federal Defender Services of East Tennessee was recently appointed to represent Defendant in *United States v. Ruth*, 2:25-cr-00055-DCLC-CRW [Doc. 9]. Upon inquiry, Defendant advised the Court that the financial affidavit he previously submitted accurately reflected his financial circumstances. As such, the Court did not require a new affidavit to be submitted but relied upon the one Defendant submitted in conjunction with his revocation petition.